

**SIGNED THIS 13th day of November, 2018**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE: **Maurice D Banks**                     **CHAPTER 13**
          **Katia D Banks**                          **CASE NO. 18-61342**
          **Debtor(s)**

### ORDER ON DEBTORS' OBJECTION TO PROOF OF CLAIM

Comes now, the debtor(s), by counsel on the objection to claim *#13* of *Army & Air Force Exchange Services and Rita Torres, Bass & Associates, P.C.,* which was filed with this court and upon a notice of hearing filed on *January 31, 2019*, and it appearing to the court that it is proper to do so, it is therefore

### ORDERED, ADJUDGED and DECREED

That the objection to claim *#13* of *Army & Air Force Exchange Services and Rita Torres, Bass & Associates, P.C.,* is withdrawn.

1

Copies of this order shall be mailed by ECF or First Class U.S. Mail, postage prepaid, to the Debtors, to Herbert L. Beskin, Chapter 13 Trustee, and to *Army & Air Force Exchange Services, Attn: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 and Bass& Associates, P.C., Rita Torres, Administrative Assistant, 3936 E Ft. Lowell Road, Tucson, AZ 85712-1083.*

**END OF ORDER**

I ask for this:

/s/ Stephen E. Dunn, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
        michelle@stphendunn-pllc.com

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net